# UNITED STATES DISTRICT COURT
## -------------------DISTRICT OF MARYLAND-------------------

**UNITED STATES OF AMERICA**        \*

v.                                  \*   Case No.: JFM-02-0375

**STEPHEN LAMKIN**                  \*

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case to preliminarily review Mr. Lamkin's case to determine if he is eligible for a reduced sentence under 18 U.S.C. § 3582(c). I certify that I am admitted to practice in this Court.

                      JAMES WYDA
                      Federal Public Defender

Date: April 4, 2008

                      _____
                      SHERRI KEENE
                      Staff Attorney
                      Federal Public Defender's Office
                      6411 Ivy Lane, Suite 710
                      Greenbelt, Maryland 20770-1405
                      (301) 344-0600
                      Fax No. (301) 344-0019