**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 APR 28 P 4:03

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SHERRI LEE KEENE
STAFF ATTORNEY

April 28, 2008

**Crack Reduction - Status Report**

The Honorable J. Frederick Motz
District Judge
United States District Court for the
 District of Maryland
101 West Lombard Street
Chambers 5A
Baltimore, MD 20770

  Re: <u>United States v. Stephen Lamkin</u>, JFM 02-0375

Dear Judge Motz:

  Please accept and docket this letter as a status report regarding Mr. Lamkin's potential eligibility for a reduced sentence under Amendment 706 to the U.S. Sentencing Guidelines. Mr. Lamkin was convicted of distribution and possession of narcotics. Mr. Lamkin's projected release date is December 8, 2011.

  On March 28, 2008, this Honorable Court appointed the Office of the Federal Public Defender to preliminarily review Mr. Lamkin's case and ordered that a status report be filed within thirty days. However, at this time it appears that the United States Probation Office has not yet issued a report in Mr. Lamkin's case. Therefore, undersigned counsel would like to request that this Court allow me additional to review this case and to provide an updated status report. A proposed Order is attached. Thank you for your consideration of this matter.

          Sincerely,

          Sherri Keene

cc: Barbara Sale, Assistant United States Attorney
   Estelle Santana, United States Probation Officer
   Stephen Lamkin, #40463-037

