IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Nos. JFM-02-0375 |
| STEPHEN LAMKIN | * | |

\* \* \* \* \* \*

ORDER

Upon review of the status report filed by the Office of the Federal Public Defender regarding the defendant's eligibility to seek a reduction in sentence under 18 U.S.C. § 3582 based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses, it is this _____ day of April, 2008, ordered by the United States District Court for the District of Maryland that:

The Office of the Federal Public Defender for the District of Maryland shall file an updated status report regarding the defendant's eligibility to obtain relief under § 3582 and Amendment 706 within 60 days.

_____
J. FREDERICK MOTZ
United States District Judge