**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

NICHOLAS J. VITEK
STAFF ATTORNEY

June 23, 2008

**Crack Reduction – Status Report**
**Line of Appearance**

The Honorable J. Frederick Motz
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: United States v. Stephen Lamkin
    Case No: JFM 02-0375

Dear Judge Motz,

Please accept and docket this letter as a status report regarding Mr. Lamkin's potential eligibility for a motion for reduction in sentence based on Amendment 706 to the Federal Sentencing Guidelines (the "crack" amendment). Mr. Lamkin's projected release dates is December 08, 2011.

On March 28, 2008 this Honorable Court appointed the Office of the Federal Public Defender to preliminarily review Mr. Lamkin's case to determine if he is eligible to seek reduction in sentence. The United States Probation Office has reviewed Mr. Lamkin's case and believes that he is eligible to seek a reduced sentence.

Counsel has preliminarily reviewed the file, but believes that additional documents are necessary before a recommendation can be made to the Court. Consequently, I request additional time to gather further information and report back to the Court.

Sincerely yours,

Nicholas J. Vitek
Staff Attorney

NJV/dcp

cc: Estelle Santana, USPO
Barbara Sale, AUSA
Stephen Lamkin #37081-037