# UNITED STATES DISTRICT COURT
## --------------DISTRICT OF MARYLAND--------------

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| v. * | Case No: JFM 02-0375 |
| STEPHEN LAMKIN * | |

### LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in the case to preliminarily review Mr. Lamkin's case to determine if he is eligible for a reduced sentence under 18 U.S.C. § 3582(c). I certify that I am admitted to practice in this Court.

Date: June 23, 2008

JAMES WYDA
Federal Public Defender

_____
Nicholas J. Vitek
Staff Attorney
Federal Public Defender's Office
100 S. Charles Street, Suite 1100
Baltimore, Maryland 21201
(410) 962-3962
(410) 962-0872 (fax)