```
                                    Stephen Lamkin
                                    Reg. No. 40463-037
                                    PO Box 9001
                                    FCI Ray Brook
                                    Ray Brook, NY 12977


                                    20 June 2008
```

The Honorable J. Frederick Motz
Judge
UNITED STATES DISTRICT COURT
District of Maryland (Baltimore)
101 W. Lombard Street
Baltimore, MD 21201-2691

Re:  UNITED STATES OF AMERICA v. STEPHEN LAMKIN
     Case No. 1:02cr00375-JFM-1; § 3582(c)(2) Motion

Dear Judge Motz:

    In reference to the above entitled matter. I am writing you today to impress upon you why it is in the best interest of justice to grant me the 2-level reduction pursuant to the Amendment No. 706 effective March 3, 2008.

    I was sentenced in your Court on May 5, 2004 to a term of 60 months for violation of 21 USC § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A). Both terms to run consecutive.

    My limited knowledge of the law does not allow me to adequately present an argument dignified enough for your Court room. However, I will attempt to present my thoughts in such a manner as to be in keeping with the parameters of the Sentencing Guidelines and your discretion to grant my Motion.

2.

    Although my Criminal History is lengthy, I have no intention in putting myself in any position that would lead me back into incarceration. I have attempted to use this experience in such a way that when I do get out, I will have done types of programing that will enable me to get a job that I can support myself with.

    Your Honor, I am not the same man I was when I last appeared before you. I have matured and grown to a degree that has caused me to change the way I look at life entirely. I would ask that when you look at all the facts you will consider this.

    Thank you for your time and consideration in this most important matter.

                                Sincerely,

                                Stephen Lamkin